**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHARLIE CRAWFORD** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00801-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 15). The parties have not objected, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court reverses and remands this matter pursuant to sentence four of 42 U.S.C. § 405(g).

It is so ordered this the 22nd day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge